UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD WILLMAN GODINEZ HERNANDEZ,

Petitioner,

v. Case No.: 2:26-cv-02247-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_____________________________________/

**OPINION AND ORDER**

Before the Court are Richard Willman Godinez Hernandez's Motion Challenging Noncompliant Bond Hearing and Requesting an Immediate Release (Doc. 8) and the federal government's response (Doc. 10).

Godinez Hernandez is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On August 20, 2026, an immigration judge found that DHS proved Godinez Hernandez is a flight risk and denied his request for release on bond. Godinez Hernandez argues the bond hearing did not comply with the Court's order. The Court disagrees. The bond order includes a thorough analysis of the evidence and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006), and the immigration judge put the burden of proof on the government. The proper way to challenge the result

of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e).

Accordingly, Richard Willman Godinez Hernandez's motion (Doc. 8) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on September 24, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record